UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In Re:　Dorothy Lee Simmons　　　　　　　　　　　　　　　　　Chapter 13
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. ___
Debtor.

## Chapter 13 Plan

Address:　　Debtor　6226 Cranbury Park Dr., Memphis, TN 38141

Plan Payment:

Debtor Shall Pay: $ 50.00　Weekly
　Or by: ( X )Payroll Deduction　Methodist, 5360 Poplar Ave., Memphis, TN 38119

1. This Plan [Rule 3015.1 Notice]:
   (A) Contains a Non-standard Provision [See provision 19].　　　　　　　　　　(X) Yes　( ) No
   (B) Limits the Amount of a Secured Claim Based on a Valuation of the Collateral for the Claim (X) Yes　( ) No
       [See provisions 7 and 8].
   (C) Avoids a Security Interest or Lien. [See provision 12].　　　　　　　　　( ) Yes　(X) No

2. Administrative Expenses: Pay Filing Fee and Debtor Attorney's Fee Pursuant to Confirmation Order.

3. Auto Insurance:　　( ) Included in Plan　　Or (X) Not Included in Plan if proof provided by Debtor

4. Domestic Support Paid By: ( ) Debtor Directly ( ) Wage Assignment　( ) Trustee To:　　　Monthly Pmt.
   　　　　　　　　　　　　　　　ongoing payment begins　　　　　　　　　　

5. Priority Claims:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Monthly Pmt.
   　　　　　　　　　　　　　　　　　　Amount　　　　　　　　　　

6. Home Mortgage Claims:　　( ) Paid Directly by Debtor or ( ) Paid by Trustee To:　　Monthly Pmt.
   　　　　　　　　　　　　　　ongoing payment begins　　　　　　　　　　

7. Secured Claims [Retain Lien 11 U.S.C. §1325 (a)(5)]:　　Collateral Value　　Interest Rate　　Monthly Pmt.
   　American Credit Acceptance (2012 Chevy Camaro)　　$　6,000.00　　0.00%　　$120.00

8. Secured Automobile Claims for Debt Incurred Within 910 Days of Filing, and Other Secured Claims for Debt Incurred Within One Year of Filing [Retain Lien 11 U.S.C. §1325 (a)(5)]:

|  | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
|  |  |  |  |

9. Secured Claims for Which Collateral Will Be Surrendered; Stay Is Terminated Upon Confirmation for the Limited Purpose of Gaining Possession and Commercially Reasonable Disposal of Collateral:

|  | Collateral |
|---|---|
|  |  |

10. Special Class Unsecured Claims:

|  | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
| Nelnet (student loan) (partial) | $ 1,000.00 | 4.00% | $20.00 |

11. Student Loan Claims and Other Long Term Claims:

Nelnet (balance)          X Not Provided For      ( ) General Unsecured Creditor

12. The Judicial Liens or Non-possessory, Non-purchase Money Security Interests Held by the Following Creditors Are Avoided to the Extent Allowable Pursuant to 11 U.S.C. §522(f):

13. Absent a Specific Court Order Otherwise, All Timely Filed Claims, Other than Those Specifically Provided for Above, Shall Be Paid as General Unsecured Claims.

14. Estimated Total General Unsecured Claims: _____.

15. The Percentage to Be Paid to Non-priority, General Unsecured Claims Is:    ( ) _____ ;
    Or  (X) Trustee Shall Determine the Percentage to Be Paid after Passage of Final Bar Date.

16. This Plan Assumes or Rejects Executory Contracts:
    _____        ( ) Assume      ( ) Reject

17. Completion:    Plan shall be completed upon payment of the above, approximately  60  months.

18. Failure to Timely File a Written Objection to Confirmation Shall Be Deemed Acceptance of Plan.

19. Non-standard Provisions:
    For the purposes of provision 8, all collateral will be assumed to have exceeded the time limits set forth in the hanging paragraph following § 1325(a)(9), unless the debtor is in possession of the original contract

    Any Non-standard Provision Stated Elsewhere Is Void.

20. Certification: This Plan Contains No Non-standard Provisions Except Those Stated in Provision 19.

/s/ Jimmy E. McElroy  TN Bar #011908          Date    July 24, 2019
Debtor's Attorney's Signature

July 24, 2019

910 > January 25, 2017